IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

QUINCY CARTER,

    Plaintiff,

v.        CASE NO. 1:15-cv-00237-MP-GRJ

OFFICER GRADY,

    Defendant.

_____/

**O R D E R**

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated March 15, 2016. (Doc. 11). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). The time for filing objections has passed, and none have been filed.

Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. The Magistrate Judge's Report and Recommendation, Doc. 11, is adopted and incorporated by reference in this order.

2. Defendant's Motion to Dismiss, Doc. 9, is GRANTED to the extent that Plaintiff's request for compensatory and punitive damages against Defendant are DISMISSED and in all other respects is DENIED.

**DONE AND ORDERED** this _14th_ day of April, 2016

                      *s/Maurice M. Paul*
                      Maurice M. Paul, Senior District Judge